**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 559 MAL 2018

                 Respondent :

                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
           v. :

PETER ATEM, :

                 Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.